# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO MATA, | ) | Case No. ED CV 10-0407 GAF (JCG) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SUE HUBBARD, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 13, 2011

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1